O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORA M. KULAS, | Case No. CV 07-07979 DDP (AJWx) |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED TO STATE COURT** |
| v. | |
| DELTA AIR LINES, INC., ELIZABETH "SALLY" RICHMOND, | [Notice of Removal filed on December 11, 2007] |
| Defendants. | |

The Court orders the parties to show cause why this action should not be remanded to state court for lack of diversity jurisdiction. Plaintiff Debora M. Kulas brought suit against Defendants Delta Air Lines, Inc. and Elizabeth "Sally" Richmond in California State Court, alleging state claims for violations of the California Fair Employment and Housing Act and retaliation. Defendants removed to federal district court on the basis of diversity jurisdiction. It is not clear to the Court that the parties are completely diverse or that the amount in controversy equals or exceeds $75,000 as required to establish diversity jurisdiction under 28 U.S.C. § 1332. The Court requests briefing

on whether the Defendant Elizabeth "Sally" Richmond is fraudulently joined and whether the amount in controversy exceeds the $75,000 threshold.

Accordingly, the Court orders the parties to file cross-briefs, not to exceed ten pages, by Monday, February 4, 2008, to show cause why this action should not be remanded to state court for failure to satisfy the diversity requirement. The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles. If a party does not file a brief, the court will regard that party as not opposing remand to state court of this matter. A hearing is schedule on this matter for February 11, 2008, at 10 a.m.

IT IS SO ORDERED.

Dated: January 15, 2008

DEAN D. PREGERSON
United States District Judge